# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

April 4, 2005

Before

Hon. FRANK H. EASTERBROOK, *Circuit Judge*

Hon. ILANA DIAMOND ROVNER, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

No. 03-3697

| | |
|---|---|
| LAKELAND ENTERPRISES OF RHINELANDER, INCORPORATED, *Petitioner,* | Petition for Review of a Final Order of the Occupational Safety and Health Review Commission. |
| *v.* | No. 02-1909 |
| ELAINE L. CHAO, Secretary of Labor, *Respondent.* | |

## ORDER

The agency information on page 1 of the slip opinion for the above-entitled cause decided on March 28, 2005, is amended as follows:

Petition for Review of a Final Order of the
Occupational Safety and Health Review Commission.
No. 02-1909